UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL RAPACON, | Case No. 26-cv-00311-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |

A case management conference was held on April 21, 2026.  Having considered the parties' proposals, *see* Dkt. No. 18, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | June 22, 2026 |
| Close of Fact Discovery | December 9, 2026 |
| Exchange of Opening Expert Reports | December 9, 2026 |
| Exchange of Rebuttal Expert Reports | December 23, 2026 |
| Close of Expert Discovery | January 6, 2027 |
| Dispositive Motion Hearing Deadline | February 11, 2027, at 2:00 p.m. |
| Pretrial Conference | May 25, 2027, at 3:00 p.m. |
| Jury Trial (5 days) | June 7, 2027, at 8:30 a.m. |

//

//

//

//

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's standing orders.  This order TERMINATES AS MOOT Dkt. No. 18, the parties' stipulation and proposed order.

**IT IS SO ORDERED.**

Dated:   5/6/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2