UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAPACON,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES, an Illinois corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 4:26-cv-00311-HSG<br><br>~~PLAINTIFF'S [PROPOSED]~~ **ORDER RE: SEPTEMBER 24, 2026 DISCOVERY HEARING**<br><br>Judge: Hon. Robert M. Illman<br><br>Action Filed: October 15, 2025<br>Removed: January 12, 2026<br>Trial Date: June 7, 2027 |

**ORDER**

This matter came for hearing on September 24, 2026 at 10:00 a.m. via Zoom webinar. The Court, having considered Plaintiff Michael Rapacon's ("Plaintiff") discovery brief (Dkt. No. 25), Defendant Abbott Laboratories' ("Defendant") discovery brief (Dkt. No. 28), and the parties' respective positions at the hearing, hereby ORDERS as follows:

1. As for Plaintiff's Interrogatory No. 4 and Request for Production Nos. 25, 26, and 36, this interrogatory and these requests are narrowed to any complaint of disability discrimination made against Defendant by any "engineer" of Defendant in California or any applicant for an "engineer" position at Defendant in California at any time from February 2022 to the present. This interrogatory and these requests are not limited to the same hiring managers or same disability as Plaintiff. Defendant is ordered to provide supplemental responses to these requests with this limitation.

2. As for Plaintiff's Request for Production No. 14, Defendant is hereby ordered to produce the job descriptions for the Software Test Engineer position before and after the qualifications were changed. Any responsive communications should be captured in the ESI search. After reviewing the ESI production, the parties will meet and confer and return to the Court if responsive communications were not captured in the ESI search.

3. As for Plaintiff's Request for Production No. 16, Defendant will produce printouts from the hiring platform of the complete file of Plaintiff's application to the position of Software Test Engineer. Defendant shall supplement its response to this request to affirm that it will comply with this request in full and produce all responsive documents to this request.

///

///

///

///

///

///

4. As for Request for Production No. 42, Defendant will search for and if found, will produce the job posting for the position of Software Test Engineer that Plaintiff applied to. Defendant shall supplement its response to this request to affirm that it will comply with this request in full and produce all responsive documents to this request.

**IT IS SO ORDERED.**



DATED: September 30, 2026

HON. ROBERT M. ILLMAN
United States Magistrate Judge