UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAPACON,<br>Plaintiff,<br>vs.<br>ABBOTT LABORATORIES, an Illinois corporation; ABBOTT DIABETES CARE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br>Defendants. | CASE NO.: 4:26-cv-00311-HSG<br>**ORDER DENYING JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND CONTINUE TRIAL**<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Action Filed: October 15, 2025<br>Removed: January 12, 2026<br>Trial date: June 7, 2027 |

**ORDER**

The Court, having considered the Joint Stipulation to Modify Scheduling Order and Continue Trial (“Stipulation”) filed by Plaintiff Michael Rapacon, Defendant Abbott Laboratories and Defendant Abbott Diabetes Care, Inc. (collectively the “Parties”), hereby approves the stipulation and ORDERS the scheduling order is modified as follows:

| Matter | Current Date | New Date |
|---|---|---|
| ADR Deadline | September 27, 2026 | April 30, 2027 |
| Close of Fact Discovery | December 9, 2026 | July 30, 2027 |
| Exchange of Opening Expert Reports | December 9, 2026 | July 30, 2027 |
| Exchange of Rebuttal Expert Reports | December 23, 2026 | August 13, 2027 |
| Close of Expert Discovery | January 6, 2027 | August 27, 2027 |
| Dispositive Motion Hearing Deadline | February 11, 2027 at 2:00 p.m. | September 30, 2027 at 2:00 p.m. |
| Pretrial Conference | May 25, 2027 at 3:00 p.m. | January 25, 2028 at 3:00 p.m. |
| Jury Trial (5 days) | June 7, 2027 at 8:30 a.m. | February 7, 2028 at 8:30 a.m. |

**IT IS SO ORDERED.**

DATED: 10/20/2026

HON HAY
United State






ORDER DENYING JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND CONTINUE TRIAL